UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL CONFERENCE OF BAR EXAMINERS,<br>                Plaintiff,<br><br>v.<br><br>MULTISTATE LEGAL STUDIES, INC.,<br>  d/b/a PMBR, ROBERT FEINBERG, and<br>DONA ZIMMERMAN,<br>                Defendants. | No. 2:04-CV-03282-JF |

## **DECLARATION OF BARBARA W. MATHER**

I, Barbara W. Mather, certify as follows in support of National Conference of Bar Examiners' Petition for Attorneys' Fees and Expenses:

1.  I am a 1968 graduate of the University of Chicago Law School, and a partner in the law firm of Pepper Hamilton LLP since 1973. Throughout my years with the Firm, my practice has included a substantial volume of commercial litigation.

2.  I am admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Third Circuit, and the U.S. District Courts for the Eastern and Middle Districts of Pennsylvania.

3.  On this matter, my hourly rate ranged from $500 to $550. Christopher J. Huber, a seventh to ninth year associate, had an hourly rate that ranged from $285 to $325. Michele M. Crimaldi, a first year associate, had an hourly rate of $210. Mary Patricia Walsh, a senior legal assistant, had an hourly rate that ranged from $140 to $165. Eli Cameron, a legal assistant, had an hourly rate of $90. Tracey Bertsch, a document clerk, had an hourly rate of $40. These rates represent the customary billing rates charged for our time during the relevant years.

4. As reflected in the attached spreadsheet that sets forth the actual invoices paid by the plaintiff in this case, my firm is seeking fees for a total of 2070.65 hours to its representation of the plaintiff. *See* Exhibit 1.

5. Based upon the rates identified above, multiplied by the hours attributable to each firm member, National Conference of Bar Examiners' total fee request for Pepper Hamilton LLP is $616,675.75. I have reviewed the time records for this matter and attest that the time was reasonably expended in support of defendant's case.

6. In addition, I have reviewed our expenses. Attached as Exhibit 2 is a spreadsheet showing those expenses fairly attributable to our representation of the plaintiff that are not recoverable as taxed costs. These expenses include duplicating, telephone, electronic research, postage and delivery costs, and other costs related to filings. The total expenses requested in this petition are reasonable and total $40,573.33.

7. In reviewing our invoices, I removed 88.55 hours of time, invoiced for a total of $11,440.00, that were not directly related to our representation in this matter.

8. The total request for Pepper Hamilton's fees and expenses in this matter is $657,249.08.

/s/ Barbara W. Mather
Barbara W. Mather

Dated: September 11, 2006