UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL CONFERENCE OF BAR EXAMINERS, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:04-CV-03282-JF |
| MULTISTATE LEGAL STUDIES, INC., d/b/a PMBR, ROBERT FEINBERG, and DONA ZIMMERMAN, | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF WILLIAM T. HANGLEY

I, William T. Hangley, declare as follows in support of National Conference of

Bar Examiners' Motion for Attorneys' Fees and Expenses:

1.      I am a 1966 graduate of The Law School of the University of

Pennsylvania.

2.      I have practiced law in Philadelphia since my graduation from law school,

and the majority of my work has been in federal court.  I am a member of the Pennsylvania bar

and am admitted to practice before the United States Court of Appeals for the Third Circuit and

Federal Circuit and the United States District court for the Eastern District of Pennsylvania and

other districts.  I am Chairman of the law firm of Hangley Aronchick Segal & Pudlin, which I

co-founded in 1994.  My areas of specialty include commercial litigation.

3.      I am a Fellow of the American College of Trial Lawyers and the American

Bar Foundation, a member of the American Law Institute, and a Master of the Bench for the

University of Pennsylvania Inn of Court.  My memberships in bar associations include the

American Bar Association (Member of Council (board of directors), ABA Section of Litigation,

2005 -; Chair of the Section Task Force on the Merit Selection of Judges, 1995-1997; Co-Chair

of the Section's Federal Procedure Committee, 1990-1995; Member, Discovery Task Force 1997-

1998; Member (Chair 2004-2005) , Judiciary Task Force 1998-2005 present), the Philadelphia

Bar Association and the Pennsylvania Bar Association (Member of the House of Delegates

1989-1992). I am also a Member of the Advisory Board for the Public Interest Law Center of

Philadelphia, and served on its Board of Directors from 1982-1988. I have recently been advised

by James Duff, Director of the Administrative Office of United States Courts, that I am to be

appointed to the Judicial Conference's Advisory Committee on Evidence Rules, effective October

1, 2006, but I have not yet received formal notice of this appointment from Chief Justice

Roberts.

      4.     I am familiar with rates customarily charged by attorneys in complex

commercial litigation in the federal courts in Philadelphia, and particularly with rates typically

charged by partners and associates in the major firms here. Rates for senior lawyers range from

$500 to $650 or more, depending on experience and reputation, and rates for associates typically

range from $190 to $400. I have a more general understanding of the rates typically charged by

partners and associates in other locales throughout the country.

      5.     I have reviewed the rates charged by Pepper Hamilton LLP and Fulbright

& Jaworski L.L.P., in their Petition for Attorneys' Fees and Expenses.

      6.     The rates claimed by Pepper Hamilton LLP are:

| | |
|---|---|
| Barbara W. Mather, partner | $500 to $550 |
| Christopher J. Huber, associate | $285 to $325 |
| Michele M. Crimaldi, associate | $210 |
| Mary P. Walsh, senior legal assistant | $140 to $165 |
| Eli Cameron, legal assistant | $90 |
| Tracey Bertsch,  document clerk | $40 |

      7.     The rates claimed by Fulbright & Jaworski are:

| | |
|---|---|
| Robert Burgoyne, partner | $ 465 - $ 550 |

| | |
|---|---|
| John O'Malley, partner | $ 465 |
| Robert Darby, partner | $ 525 - $ 575 |
| Caroline Mew, associate | $ 295 - $ 380 |
| Sarah Silbert, associate | $ 320 |
| George Gasper, associate | $ 210 - $ 295 |
| Rena Scheinkman, associate | $ 255 - $ 295 |
| Sarah Warlick, associate | $ 180 - $ 265 |
| David Chung, associate | $ 185 - $ 220 |
| Deborah Wallace, legal assistant | $ 150 - $ 160 |
| Kelley Demski, legal assistant | $ 120 - $ 150 |
| Elizabeth Yin, legal assistant | $ 150 |
| Lydia Omardin, legal assistant | $ 150 |

8.    In considering the reasonableness of firms' and particular attorneys' rates, I based my conclusions either upon a personal familiarity with the particular attorney or firm or upon a lawyer-by-lawyer review of the attorneys' backgrounds and credentials as publicly reported.

9.    The rates claimed by the above-named firms are reasonable given the attorneys' and staff's experience and background, and are in line with rates usually and customarily charged by comparable law firms in the federal courts in Philadelphia for this kind of litigation.

10.    I state under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

William T. Hangley

Dated:  September 11, 2006